**Order entered October 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01215-CV

### IN RE: TEXAS HEALTH RESOURCES, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-02252**

## ORDER

Before the Court are relator's motion for immediate temporary relief and petition for writ of mandamus. The Court requests that the Real Parties in Interest and Respondent file any responses to the petition for writ of mandamus and to the motion for immediate temporary relief **by 10:00 a.m. on October 17, 2016.**

/s/ BILL WHITEHILL
   JUSTICE